IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTIN CREDICO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PROTHONOTARY OF COMMONWEALTH | : | |
| COURT, et al. | : | NO. 16-4704 |

O R D E R

AND NOW, this 6TH day of September 2016, upon consideration of plaintiff's motion to proceed in forma pauperis and his pro se complaint, it is ORDERED that:

1. The motion to proceed in forma pauperis is DENIED, pursuant to 28 U.S.C. § 1915(g), for the reasons discussed in the court's Memorandum.

2. If he seeks to continue with this case, plaintiff must remit the $350 filing fee and $50 administrative fee to the Clerk of Court within thirty (30) days from the date of this order.

3. The Clerk of the Court shall CLOSE this case for statistical purposes.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
JEFFREY L. SCHMEHL, J.

FILED
SEP 7 2016
LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk